UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANGELA JONES,** | ) |
| **Plaintiff** | ) ) ) ) |
| v. | )   Civil Action No. 00-2140 (RCL) |
| **DISTRICT OF COLUMBIA, et al.,** | ) ) ) |
| **Defendants.** | ) ) |

## ORDER

Upon consideration of the Plaintiff's Motion [56] for Leave to File a Surreply, opposition thereto, and the record herein, it is hereby

ORDERED that the Plaintiff's Motion [56] for Leave to File a Surreply is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 30, 2004.