UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELA JONES, )<br>)<br>　　Plaintiff, )<br>)<br>　　v. )<br>)<br>DISTRICT OF COLUMBIA )<br>DEPARTMENT OF CORRECTIONS, )<br>et al., )<br>)<br>　　Defendants. )<br>_____) | Civil Action No. 00-2140 (RCL) |

## ORDER

Upon consideration of Plaintiff's Motion [58] for Leave to Amend the Complaint, opposition thereto, and the entire record herein, it is hereby

ORDERED that the Plaintiff's Motion [58] for Leave to Amend the Complaint is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 30, 2004.