**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ANGELA JONES,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 00-2140 (RCL)** |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## <u>ORDER</u>

For the reasons set forth in a Memorandum Opinion to be filed shortly, upon consideration of the Defendants' Motion [48] for Summary Judgment, the Plaintiff's opposition thereto, the Defendants' reply, and the record herein, it is hereby

ORDERED that the Defendant's Motion [48] for Summary Judgment is GRANTED.

Summary Judgment is hereby entered for the Defendants. This case shall stand dismissed with prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 29, 2004.